**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:12-cv-3034-SCJ |
| ANTHONY K, WELCH, | |
| Defendant. | |

## DEFAULT JUDGMENT

Defendant Anthony K. Welch having failed to plead or otherwise defend in this action, and the Court, Steve C. Jones, United States District Judge, having granted plaintiff's Motion for Default Judgment against defendant and having directed that default judgment issue in favor of plaintiff, it is hereby

**ORDERED AND ADJUDGED**, that Judgment is entered in favor of plaintiff Securities and Exchange Commission and against defendant Anthony K. Welch in the amount of $60,000.00, plus post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. §1961.

Dated at Atlanta, Georgia this 22nd day of November, 2013. .

JAMES N. HATTEN
CLERK OF COURT

By:   *s/Amanda Querrard*
          Deputy Clerk

Prepared, Filed and Entered
in the Clerk's Office
   November 22, 2013
James N. Hatten
Clerk of Court

By:   *s/Amanda Querrard*
          Deputy Clerk